UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** : : : : **Plaintiff,** : : **v.** : : **STIFEL, NICOLAUS & COMPANY, INCORPORATED and DAVID W. NOACK,** : : : : **Defendants.** : | Case No. 11-CV-755 Hon. Charles N. Clevert, Jr. |

## STIFEL, NICOLAUS & COMPANY, INCORPORATED'S MOTION TO COMPEL PLAINTIFF TO IDENTIFY SPECIFIC BATES RANGES AND PRODUCE DOCUMENTS RESPONSIVE TO STIFEL'S <u>FIRST REQUESTS FOR PRODUCTION</u>

Pursuant to Rules 26, 34, and 37 of the Federal Rules of Civil Procedure and Civil L. R. 37, Defendant Stifel, Nicolaus & Company, Incorporated ("Stifel") moves to compel Plaintiff the United States Securities and Exchange Commission ("SEC") to identify specific Bates ranges and produce documents responsive to Stifel's First Requests for Production. In support of this motion, Stifel directs the Court to its contemporaneously filed Memorandum of Law and supporting Declaration of Richard H. Kuhlman.

Stifel respectfully requests that the Court enter an order compelling the SEC to identify specific Bates ranges and produce documents as set forth in its Memorandum of Law in Support, and grant Stifel such other relief as it deems just and proper.

Dated: January 28, 2014

By: s/ Richard H. Kuhlman
Jeffrey J. Kalinowski
Richard H. Kuhlman
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
jeff.kalinowski@bryancave.com
rick.kuhlman@bryancave.com

Brian G. Cahill
David J. Turek
GASS WEBER MULLINS LLC
309 N. Water Street, Suite 700
Milwaukee, Wisconsin 53202
Telephone: (414) 223-3300
Facsimile: (414) 224-6116
cahill@gasswebermullins.com
turek@gasswebermullins.com

*Counsel for Defendant Stifel, Nicolaus & Company, Incorporated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed using the Court's CM/ECF Filing System on all counsel of record.

/s/ Richard H. Kuhlman
Richard H. Kuhlman

2