EXHIBIT

4

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri 63102
USA

Date:         15-Nov-2012
Invoice No:   US8583
Project No:   101677
Director:     Patrick E. Conroy

Reference:    For professional services for the period 10/01/12 - 10/31/12 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 2.00 | | 1,250.00 |
| SENIOR CONSULTANTS | 2.00 | | 1,130.00 |
| ECONOMIC ANALYSTS | 8.00 | | 2,320.00 |
| | 12.00 | USD | 4,700.00 |
| Discount | | | -172.50 |
| Total | | USD | 4,527.50 |

Invoice is due upon receipt.  Please remit payment to:

If by check:

National Economic Research Associates, Inc
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

Bank:            Citibank NA, New York, NY
ABA/Routing:     021000089
Account Number:  30758277
Account Title:   National Economic Research Associates, Inc
Swift Code:      CITIUS33-Citibank NA
Chips Code:      0008

SEC v. Stifel
Exhibit 781

STIFEL/CONROY001021

# NERA
## Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

Date:          18-Dec-2012
Invoice No:    US9122
Project No:    101677
Director:      Patrick E. Conroy

Reference:     For professional services for the period 11/01/12 - 11/30/12 in connection with the Stifel
               CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 9.75 | | 6,093.75 |
| SENIOR CONSULTANTS | 11.75 | | 6,638.75 |
| ECONOMIC ANALYSTS | 22.50 | | 6,525.00 |
| | 44.00 | USD | 19,257.50 |

5% discount on support staff if payment is received within 30 days of issuance
-658.19

|  | | |
|---|---|---|
| Total | USD | 18,599.31 |

Invoice is due upon receipt. Please remit payment to:

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001022

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000     Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri 63102
USA

| | |
|---|---|
| Date: | 18-Jan-2013 |
| Invoice No: | US9619 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:      For professional services for the period 12/01/12 - 12/31/12 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| ECONOMIC ANALYSTS | 4.00 | | 1,160.00 |
| | 4.00 | USD | 1,160.00 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 833.70 |
| | Subtotal | USD | 833.70 |
| 5% discount if payment received within 30 days of issuance | | | -58.00 |
| | Total | USD | 1,935.70 |

Invoice is due upon receipt.    Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001023

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000     Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 15-Feb-2013 |
| Invoice No: | US9899 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:   For professional services for the period 01/01/13 - 01/31/13 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 6.25 | | 3,906.25 |
| ECONOMIC ANALYSTS | 44.50 | | 12,905.00 |
| ECONOMIC RESEARCH STAFF | 2.50 | | 412.50 |
| | 53.25 | USD | 17,223.75 |
| 5% discount if payment received within 30 days of issuance | | | -861.19 |
| | Total | USD | 16,362.56 |

Invoice is due upon receipt.   Please remit payment to:

| If by check: | If by electronic means: | |
|---|---|---|
| National Economic Research Associates, Inc. | Bank: | Citibank NA, New York, NY |
| PO Box 7247-6754 | ABA/Routing: | 021000089 |
| Philadelphia, Pennsylvania 19170-6754 | Account Number: | 30758277 |
| USA | Account Title: | National Economic Research Associates, Inc. |
| | Swift Code: | CITIUS33-Citibank NA |
| | Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001024

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 18-Mar-2013 |
| Invoice No: | US10290 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:    For professional services for the period 02/01/13 - 02/28/13 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 5.50 | | 3,437.50 |
| ECONOMIC ANALYSTS | 9.00 | | 2,610.00 |
| OTHER PROFESSIONAL SERVICES | 1.00 | | 165.00 |
| | 15.50 | USD | 6,212.50 |
| 5% discount if payment received within 30 days of issuance | | | -138.75 |
| Total | | USD | 6,073.75 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                                If by electronic means:

National Economic Research Associates, Inc.      Bank:              Citibank NA, New York, NY
PO Box 7247-6754                                 ABA/Routing:       021000089
Philadelphia, Pennsylvania 19170-6754            Account Number:    30758277
USA                                              Account Title:     National Economic Research Associates, Inc.
                                                 Swift Code:        CITIUS33-Citibank NA
                                                 Chips Code:        0008

Tax ID: 95-2879539

STIFEL/CONROY001025

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 25-Apr-2013 |
| Invoice No: | US10896 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:   For professional services for the period 03/01/13 - 03/31/13 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| ECONOMIC RESEARCH STAFF | 4.00 | | 980.00 |
| | 4.00 | USD | 980.00 |
| 5% discount if payment received within 30 days of issuance | | | -49.00 |
| | Total | USD | 931.00 |

Invoice is due upon receipt.   Please remit payment to:

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001026

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 13-Jun-2013 |
| Invoice No: | US11454 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 05/01/13 - 05/31/13 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 32.25 | | 20,156.25 |
| ECONOMIC ANALYSTS | 163.00 | | 47,560.00 |
| OTHER PROFESSIONAL SERVICES | 0.25 | | 41.25 |
| | 195.50 | USD | 67,757.50 |
| 5% discount if payment received within 30 days of issuance | | | -2,380.06 |
| Total | | USD | 65,377.44 |

**Invoice is due upon receipt.     Please remit payment to:**

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001027

# NERA
Economic Consulting

Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 25-Jul-2013 |
| Invoice No: | US11980 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 06/01/13 - 06/30/13 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 15.25 | | 9,600.00 |
| ECONOMIC ANALYSTS | 52.25 | | 16,167.50 |
| | 67.50 | USD | 25,767.50 |
| 5% discount if payment received within 30 days of issuance | | | -819.63 |
| | Total | USD | 24,947.87 |

Invoice is due upon receipt.     Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001028

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri   63102
USA

| | |
|---|---|
| Date: | 13-Aug-2013 |
| Invoice No: | US12225 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 07/01/13 - 07/31/13 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 22.00 | | 15,125.00 |
| | 22.00 | USD | 15,125.00 |
| | Total | USD | 15,125.00 |

Invoice is due upon receipt.     Please remit payment to:
If by check:                                    If by electronic means:

National Economic Research Associates, Inc.    Bank:                 Citibank NA, New York, NY
PO Box 7247-6754                               ABA/Routing:          021000089
Philadelphia, Pennsylvania 19170-6754          Account Number:       30758277
USA                                            Account Title:        National Economic Research Associates, Inc.
                                               Swift Code:           CITIUS33-Citibank NA
                                               Chips Code:           0008

Tax ID: 95-2879539

# NERA

Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 11-Sep-2013 |
| Invoice No: | US12588 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:  For professional services for the period 08/01/13 - 08/31/13 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 28.00 | | 19,081.25 |
| SENIOR CONSULTANTS | 33.50 | | 19,262.50 |
| ECONOMIC ANALYSTS | 46.00 | | 13,570.00 |
| ECONOMIC RESEARCH STAFF | 158.75 | | 37,122.50 |
| | 266.25 | USD | 89,036.25 |
| 5% discount if payment received within 30 days of issuance | | | -3,497.75 |
| | Total | USD | 85,538.50 |

Invoice is due upon receipt.   Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001030

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000     Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 17-Jan-2014 |
| Invoice No: | US14177 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 12/01/13 - 12/31/13 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 9.75 | | 6,093.75 |
| SENIOR CONSULTANTS | 29.50 | | 16,667.50 |
| ECONOMIC ANALYSTS | 47.75 | | 14,086.25 |
| ECONOMIC RESEARCH STAFF | 80.50 | | 18,982.50 |
| | 167.50 | USD | 55,830.00 |

| | | | |
|---|---|---|---|
| 5% discount if payment received within 30 days of issuance | | | -2,486.81 |
| | Total | USD | 53,343.19 |

Invoice is due upon receipt.     Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001031

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri   63102
USA

| | |
|---|---|
| Date: | 27-Feb-2014 |
| Invoice No: | US14723 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 01/01/14 - 01/31/14 in connection with the Stifel
                        CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 13.50 | | 9,787.50 |
| SENIOR CONSULTANTS | 36.75 | | 21,866.25 |
| ECONOMIC ANALYSTS | 73.50 | | 25,357.50 |
| ECONOMIC RESEARCH STAFF | 240.75 | | 62,265.00 |
| | 364.50 | USD | 119,276.25 |
| 5% discount if payment received within 30 days of issuance | | | -5,474.44 |
| Total | | USD | 113,801.81 |

Invoice is due upon receipt.     Please remit payment to:
If by check:                                            If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001032

# NERA

Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000     Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri 63102
USA

| | |
|---|---|
| Date: | 14-Mar-2014 |
| Invoice No: | US14902 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:    For professional services for the period 02/01/14 - 02/28/14 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 20.50 | | 14,862.50 |
| | 20.50 | USD | 14,862.50 |
| | **Total** | **USD** | **14,862.50** |

**Invoice is due upon receipt.**   **Please remit payment to:**
**If by check:**                                 **If by electronic means:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

| Bank: | Citibank NA, New York, NY |
|---|---|
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001033

# NERA

Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 15-Apr-2014 |
| Invoice No: | US15342 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:  For professional services for the period 03/01/14 – 03/31/14 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 10.75 | | 7,793.75 |
| SENIOR CONSULTANTS | 19.00 | | 11,305.00 |
| ECONOMIC ANALYSTS | 20.50 | | 7,072.50 |
| ECONOMIC RESEARCH STAFF | 14.50 | | 3,697.50 |
| | 64.75 | USD | 29,868.75 |
| 5% discount if payment received within 30 days of issuance | | | -1,103.75 |
| | Total | USD | 28,765.00 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                                      If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001034

# NERA

Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

Date:          16-May-2014
Invoice No:    US15709
Project No:    101677
Director:      Patrick E. Conroy

Reference:     For professional services for the period 04/01/14 - 04/30/14 in connection with the Stifel
               CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 2.00 | | 1,450.00 |
| ECONOMIC ANALYSTS | 1.50 | | 517.50 |
| ECONOMIC RESEARCH STAFF | 1.50 | | 382.50 |
| | 5.00 | USD | 2,350.00 |
| 5% discount if payment received within 30 days of issuance | | | -45.00 |
| | Total | USD | 2,305.00 |

Invoice is due upon receipt.     Please remit payment to:
If by check:                     If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Bank:              Citibank NA, New York, NY
ABA/Routing:       021000089
Account Number:    30758277
Account Title:     National Economic Research Associates, Inc.
Swift Code:        CITIUS33-Citibank NA
Chips Code:        0008

Tax ID: 95-2879539

STIFEL/CONROY001035

# NERA

Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 13-Jun-2014 |
| Invoice No: | US16032 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 05/01/14 - 05/31/14 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 16.00 | | 11,600.00 |
| SENIOR CONSULTANTS | 15.00 | | 8,925.00 |
| ECONOMIC ANALYSTS | 0.50 | | 172.50 |
| ECONOMIC RESEARCH STAFF | 0.75 | | 191.25 |
| | 32.25 | USD | 20,888.75 |
| 5% discount if payment received within 30 days of issuance | | | -464.44 |
| | Total | USD | 20,424.31 |

Invoice is due upon receipt.     Please remit payment to:
If by check:                        If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

Date:        01-Aug-2014
Invoice No:  US16649
Project No:  101677
Director:    Patrick E. Conroy

Reference:    For professional services for the period 06/01/14 - 06/30/14 in connection with the Stifel CDO matter.

|  | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 5.75 | | 4,168.75 |
| | 5.75 | USD | 4,168.75 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 999.51 |
| | Subtotal | USD | 999.51 |
| | Total | **USD** | **5,168.26** |

Invoice is due upon receipt.    Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

Bank:           Citibank NA, New York, NY
ABA/Routing:    021000089
Account Number: 30758277
Account Title:  National Economic Research Associates, Inc.
Swift Code:     CITIUS33-Citibank NA
Chips Code:     0008

STIFEL/CONROY001037

# NERA
Economic Consulting

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | 13-Aug-2014 |
| Invoice No: | US16739 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:    For professional services for the period 07/01/14 - 07/31/14 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 1.25 | | 906.25 |
| | 1.25 | USD | 906.25 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 823.09 |
| | Subtotal | USD | 823.09 |
| | Total | USD | 1,729.34 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                             If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| Bank: | Citibank NA, New York, NY |
|---|---|
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001038

# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000     Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Nov 20, 2014 |
| Invoice No: | US18071 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:  For professional services for the period 10/01/14 - 10/31/14 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 58.50 | | 37,180.00 |
| ECONOMIC ANALYSTS | 83.00 | | 22,825.00 |
| ECONOMIC RESEARCH STAFF | 120.00 | | 23,702.50 |
| | 261.50 | USD | 83,707.50 |
| 5% discount if payment received within 30 days of issuance | | | -3,523.81 |
| Total | | USD | 80,183.69 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                     If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001039

# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Dec 17, 2014 |
| Invoice No: | US18431 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:    For professional services for the period 11/01/14 - 11/30/14 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 92.00 | | 58,737.50 |
| ECONOMIC ANALYSTS | 101.50 | | 27,912.50 |
| ECONOMIC RESEARCH STAFF | 127.25 | | 24,923.75 |
| OTHER PROFESSIONAL SERVICES | 0.75 | | 123.75 |
| | 321.50 | USD | 111,697.50 |
| 5% discount if payment received within 30 days of issuance | | | -4,470.19 |
| | Total | USD | 107,227.31 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                                      If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001040

# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

Date:        Jan 29, 2015
Invoice No:  US19006
Project No:  101677
Director:    Patrick E. Conroy

Reference:   For professional services for the period 12/01/14 - 12/31/14 in connection with the Stifel CDO matter.

|                              | Hours  | Currency | Amount    |
|------------------------------|--------|----------|-----------|
| OFFICERS                     | 100.50 |          | 64,120.00 |
| ECONOMIC ANALYSTS            | 34.00  |          | 9,350.00  |
| ECONOMIC RESEARCH STAFF      | 109.50 |          | 21,352.50 |
| OTHER PROFESSIONAL SERVICES  | 2.00   |          | 330.00    |
|                              | 246.00 | USD      | 95,152.50 |
| OTHER CHARGES                |        |          |           |
| Travel, Meals & Lodging      |        |          | 1,545.43  |
|                              | Subtotal | USD    | 1,545.43  |
| 5% discount if payment received within 30 days of issuance | | | -3,552.31 |
|                              | Total  | USD      | 93,145.62 |

**Invoice is due upon receipt.**   **Please remit payment to:**

**If by check:**                              **If by electronic means:**

National Economic Research Associates, Inc.   Bank:            Citibank NA, New York, NY
PO Box 7247-6754                              ABA/Routing:     021000089
Philadelphia, Pennsylvania 19170-6754         Account Number:  30758277
USA                                           Account Title:   National Economic Research Associates, Inc.
                                              Swift Code:      CITIUS33-Citibank NA
                                              Chips Code:      0008

Tax ID: 95-2879539

STIFEL/CONROY001041

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Feb 23, 2015 |
| Invoice No: | US19303 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 01/01/15 - 01/31/15 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 38.00 | | 26,272.50 |
| ECONOMIC ANALYSTS | 30.75 | | 9,071.25 |
| ECONOMIC RESEARCH STAFF | 9.00 | | 2,205.00 |
| | 77.75 | USD | 37,548.75 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 84.10 |
| | Subtotal | USD | 84.10 |
| 5% discount if payment received within 30 days of issuance | | | -1,071.19 |
| | Total | USD | 36,561.66 |

Invoice is due upon receipt.     Please remit payment to:

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001042

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000    Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Mar 20, 2015 |
| Invoice No: | US19671 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:    For professional services for the period 02/01/15 - 02/28/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 110.25 | | 71,280.00 |
| ECONOMIC ANALYSTS | 88.50 | | 26,107.50 |
| ECONOMIC RESEARCH STAFF | 109.50 | | 26,827.50 |
| OTHER PROFESSIONAL SERVICES | 1.50 | | 247.50 |
| | 309.75 | USD | 124,462.50 |
| 5% discount if payment received within 30 days of issuance | | | -5,257.50 |
| Total | | USD | 119,205.00 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                        If by electronic means:

National Economic Research Associates, Inc.    Bank:              Citibank NA, New York, NY
PO Box 7247-6754                               ABA/Routing:       021000089
Philadelphia, Pennsylvania 19170-6754          Account Number:    30758277
USA                                            Account Title:     National Economic Research Associates, Inc.
                                               Swift Code:        CITIUS33-Citibank NA
                                               Chips Code:        0008

Tax ID: 95-2879539

STIFEL/CONROY001043

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Apr 15, 2015 |
| Invoice No: | US20108 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:    For professional services for the period 03/01/15 - 03/31/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 13.25 | | 9,903.75 |
| ECONOMIC RESEARCH STAFF | 1.00 | | 245.00 |
| | 14.25 | USD | 10,148.75 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 588.75 |
| | Subtotal | USD | 588.75 |
| 5% discount if payment received within 30 days of receipt | | | -19.94 |
| | Total | USD | 10,717.56 |

Invoice is due upon receipt.    Please remit payment to:

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001044

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000       Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | May 21, 2015 |
| Invoice No: | US20719 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 04/01/15 - 04/30/15 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 25.00 | | 15,847.50 |
| ECONOMIC ANALYSTS | 37.00 | | 10,915.00 |
| ECONOMIC RESEARCH STAFF | 2.75 | | 673.75 |
| | 64.75 | USD | 27,436.25 |
| Discount | | | -1,240.56 |
| Total | | USD | 26,195.69 |

Invoice is due upon receipt.     Please remit payment to:
If by check:                          If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| Bank: | Citibank NA, New York, NY |
|---|---|
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001045



# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Jun 16, 2015 |
| Invoice No: | US20999 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:   For professional services for the period 05/01/15 - 05/31/15 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 22.75 | | 15,037.50 |
| ECONOMIC ANALYSTS | 17.00 | | 5,015.00 |
| ECONOMIC RESEARCH STAFF | 16.00 | | 3,920.00 |
| | 55.75 | USD | 23,972.50 |
| 5% discount if payment received within 30 days of receipt | | | -908.00 |
| Total | | USD | 23,064.50 |

**Invoice is due upon receipt.   Please remit payment to:**

**If by check:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

**If by electronic means:**

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001046



# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Jul 14, 2015 |
| Invoice No: | US21370 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:   For professional services for the period 06/01/15 - 06/30/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 27.50 | | 20,220.00 |
| ECONOMIC ANALYSTS | 23.00 | | 6,785.00 |
| ECONOMIC RESEARCH STAFF | 6.25 | | 1,531.25 |
| | 56.75 | USD | 28,536.25 |
| 5% discount if payment received within 30 days of receipt | | | -508.06 |
| Total | | USD | 28,028.19 |

Invoice is due upon receipt.   Please remit payment to:
If by check:                    If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| Bank: | Citibank NA, New York, NY |
|---|---|
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001047

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri   63102
USA

| | |
|---|---|
| Date: | Aug 13, 2015 |
| Invoice No: | US21800 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 07/01/15 - 07/31/15 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 70.50 | | 45,450.00 |
| ECONOMIC ANALYSTS | 61.50 | | 18,450.00 |
| ECONOMIC RESEARCH STAFF | 1.00 | | 280.00 |
| | 133.00 | USD | 64,180.00 |
| | | | |
| Discount | | | -2,627.75 |
| | | | |
| Total | | USD | 61,552.25 |

Invoice is due upon receipt.     Please remit payment to:
If by check:                           If by electronic means:

National Economic Research Associates, Inc.     Bank:              Citibank NA, New York, NY
PO Box 7247-6754                                ABA/Routing:       021000089
Philadelphia, Pennsylvania 19170-6754           Account Number:    30758277
USA                                             Account Title:     National Economic Research Associates, Inc.
                                                Swift Code:        CITIUS33-Citibank NA
                                                Chips Code:        0008

Tax ID: 95-2879539

STIFEL/CONROY001048

# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Sep 24, 2015 |
| Invoice No: | US22317 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:  For professional services for the period 08/01/15 - 08/31/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 127.75 | | 82,785.00 |
| ECONOMIC ANALYSTS | 112.25 | | 33,675.00 |
| ECONOMIC RESEARCH STAFF | 128.25 | | 30,300.00 |
| | 368.25 | USD | 146,760.00 |
| | | | |
| Discount | | | -6,166.13 |
| | | | |
| Total | | USD | 140,593.87 |

Invoice is due upon receipt.   Please remit payment to:
If by check:                   If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001049

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Oct 15, 2015 |
| Invoice No: | US22697 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:  For professional services for the period 09/01/15 - 09/30/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 56.00 | | 36,498.75 |
| ECONOMIC ANALYSTS | 149.75 | | 44,925.00 |
| ECONOMIC RESEARCH STAFF | 108.75 | | 22,970.00 |
| | 314.50 | USD | 104,393.75 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 1,165.49 |
| | Subtotal | USD | 1,165.49 |
| | Discount | | -4,647.81 |
| | Total | USD | 100,911.43 |

Invoice is due upon receipt.    Please remit payment to:
If by check:                          If by electronic means:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001050



NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000        Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri   63102
USA

| | |
|---|---|
| Date: | Nov 13, 2015 |
| Invoice No: | US23084 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 10/01/15 - 10/31/15 in connection with the Stifel
CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 86.75 | | 58,650.00 |
| ECONOMIC ANALYSTS | 106.25 | | 31,875.00 |
| ECONOMIC RESEARCH STAFF | 111.75 | | 27,443.75 |
| | 304.75 | USD | 117,968.75 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 2,455.83 |
| | Subtotal | USD | 2,455.83 |
| | Discount | | -4,426.56 |
| | Total | USD | 115,998.02 |

Invoice is due upon receipt.     Please remit payment to:

**If by check:**                      **If by electronic means:**

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001051

# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000          Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri  63102
USA

| | |
|---|---|
| Date: | Dec 21, 2015 |
| Invoice No: | US23692 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 11/01/15 - 11/30/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 195.50 | | 130,696.25 |
| ECONOMIC ANALYSTS | 150.00 | | 45,000.00 |
| ECONOMIC RESEARCH STAFF | 192.75 | | 47,892.50 |
| OTHER PROFESSIONAL SERVICES | 5.75 | | 948.75 |
| | 544.00 | USD | 224,537.50 |
| | | | |
| Discount | | | -8,845.63 |
| | | | |
| Total | | USD | 215,691.87 |

<u>Invoice is due upon receipt.</u>     <u>Please remit payment to:</u>
<u>If by check:</u>                                   <u>If by electronic means:</u>

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

Tax ID: 95-2879539

STIFEL/CONROY001052


**NERA**
ECONOMIC CONSULTING

**Patrick E. Conroy**
Chair of Securities and Finance Practice and
Senior Vice President

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: 212-345-1466  Fax: 212-345-4650
patrick.conroy@nera.com
www.nera.com

January 21, 2016

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri 63102

Re: <u>Stifel CDO Matter</u>

Dear Mr. Minnick:

Enclosed please find our description of services rendered in connection with the above-captioned matter for the period December 1, 2015 through December 31, 2015. We grant a 5% discount on support staff fees if payment is made within 30 days, making the total $118,217.61.

During this period, we performed the following tasks:

- Performed analyses;

- Reviewed documents and expert reports;

- Worked on draft report;

- Conferred with counsel; and

- Managed project execution.

Should you have any questions regarding this invoice, please contact me.

Sincerely,

PEC: jn
Enclosure
cc: Richard H. Kuhlman, Esq.
    Bryan Cave LLP

STIFEL/CONROY001602

# NERA
## ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000      Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri 63102
USA

| | |
|---|---|
| Date: | Jan 21, 2016 |
| Invoice No: | US24009 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 12/01/15 - 12/31/15 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 92.50 | | 61,060.00 |
| ECONOMIC ANALYSTS | 104.00 | | 31,200.00 |
| ECONOMIC RESEARCH STAFF | 135.75 | | 31,082.50 |
| | 332.25 | USD | 123,342.50 |
| OTHER CHARGES | | | |
| Travel, Meals & Lodging | | | 85.99 |
| | Subtotal | USD | 85.99 |
| | Discount | | -5,210.88 |
| | Total | USD | 118,217.61 |

Invoice is due upon receipt.    Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001603



**NERA**
ECONOMIC CONSULTING

**Patrick E. Conroy**
Chair of Securities and Finance Practice and
Senior Vice President

NERA Economic Consulting
1166 Avenue of the Americas
New York, New York 10036
Tel: 212-345-1466  Fax: 212-345-4650
patrick.conroy@nera.com
www.nera.com

February 16, 2016

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri 63102

**Re: Stifel CDO Matter**

Dear Mr. Minnick:

Enclosed please find our description of services rendered in connection with the above-captioned
matter for the period January 1, 2016 through January 31, 2016. We grant a 5% discount on
support staff fees if payment is made within 30 days, making the total $58,520.13.

During this period, we performed the following tasks:

- Testimony and deposition preparation;

- Reviewed documents;

- Finalized report; and

- Conferred with counsel.

Should you have any questions regarding this invoice, please contact me.

Sincerely,

PEC: jn
Enclosure
cc: Richard H. Kuhlman, Esq.
    Bryan Cave LLP



# NERA
ECONOMIC CONSULTING

National Economic Research Associates, Inc.
Tel: 212-345-3000     Fax: 212-345-4650
www.nera.com

## Invoice

David M. Minnick, Esq.
Stifel, Nicolaus & Company, Incorporated
501 N. Broadway
St. Louis, Missouri   63102
USA

| | |
|---|---|
| Date: | Feb 16, 2016 |
| Invoice No: | US24405 |
| Project No: | 101677 |
| Director: | Patrick E. Conroy |

Reference:     For professional services for the period 01/01/16 - 01/31/16 in connection with the Stifel CDO matter.

| | Hours | Currency | Amount |
|---|---|---|---|
| OFFICERS | 42.00 | | 29,268.75 |
| ECONOMIC ANALYSTS | 44.50 | | 15,797.50 |
| ECONOMIC RESEARCH STAFF | 55.25 | | 15,106.25 |
| OTHER PROFESSIONAL SERVICES | 3.25 | | 536.25 |
| | 145.00 | USD | 60,708.75 |
| OTHER CHARGES | | | |
| Miscellaneous | | | 17.96 |
| Postage & Freight | | | 63.19 |
| Travel, Meals & Lodging | | | 75.67 |
| | Subtotal | USD | 156.82 |
| | Discount | | -2,345.44 |
| | Total | USD | 58,520.13 |

Invoice is due upon receipt.     Please remit payment to:

If by check:

National Economic Research Associates, Inc.
PO Box 7247-6754
Philadelphia, Pennsylvania 19170-6754
USA

Tax ID: 95-2879539

If by electronic means:

| | |
|---|---|
| Bank: | Citibank NA, New York, NY |
| ABA/Routing: | 021000089 |
| Account Number: | 30758277 |
| Account Title: | National Economic Research Associates, Inc. |
| Swift Code: | CITIUS33-Citibank NA |
| Chips Code: | 0008 |

STIFEL/CONROY001605