IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:11-cv-755 |
| STIFEL, NICOLAUS & CO., INC., et al., | ) ) | |
| Defendants. | ) | |

## DEFENDANT STIFEL, NICOLAUS & CO.'S BRIEF IN SUPPORT OF SIXTH MOTION IN LIMINE TO EXCLUDE EVIDENCE OF SCHOOL DISTRICTS' POST-INVESTMENT FINANCIAL POSITION

Stifel also moves to exclude all witnesses and evidence relating to the School Districts' respective financial conditions after the Financial Crisis, including but not limited to evidence relating to the Districts' alleged inability to fund specific programming or resources for children. Such evidence is irrelevant to the issues in the case (namely, what Stifel said to the Districts and Stifel's state of mind when making such statements) and is, thus, inadmissible under Fed. R. Evid. 401. Moreover, any such evidence – particularly evidence about particular programs or resources being denied to children – would only be offered for the improper purpose of inflaming the jury, and the prejudicial effect would outweigh any possible relevance, making exclusion appropriate under Fed. R. Evid. 403.

Dated this 1st day of August, 2016

By:   /s/ Richard H. Kuhlman
Jeffrey J. Kalinowski
Richard H. Kuhlman
Hal A. Goldsmith
John J. Schoemehl
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000 – Phone
(314) 259-2020 – Fax
jeff.kalinowski@bryancave.com
rick.kuhlman@bryancave.com
hal.goldsmith@bryancave.com
john.schoemehl@bryancave.com

Brian G. Cahill
David J. Turek
GASS WEBER MULLINS LLC
309 N. Water Street, Suite 700
Milwaukee, Wisconsin 53202
(414) 223-3300 - Phone
(414) 224-6116 - Fax
cahill@gasswebermullins.com
turek@gasswebermullins.com

*Counsel for Defendant*
*Stifel Nicolaus & Company, Incorporated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed using the Court's CM/ECF Filing System on all counsel of record.

  /s/ Richard H. Kuhlman
Richard H. Kuhlman