IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 2:11-cv-755 ) |
| STIFEL, NICOLAUS & CO., INC., et al., | ) ) |
| Defendants. | ) ) |

**BRIEF IN SUPPORT OF DEFENDANT STIFEL, NICOLAUS & CO.'S FOURTEENTH MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING THE DISTRICTS' ALLEGED FAILURE TO READ MATERIALS**

It is axiomatic that a party's failure to read a contract that it signed does not relieve it of being bound to the contract's terms, barring fraud. *See, e.g. Prudential Ins. Co. of Am. v. Miller Brewing Co.*, 789 F.2d 1269, 1278 (7th Cir. 1986); *Bank of Sun Prairie v. Esser*, 155 Wis.2d 724 (1990). Likewise, investors are deemed to have knowledge of the contents of offering materials, whether or not they actually read them. *See, e.g., Dodds v. Cigna Secs., Inc.,* 12 F.3d. 346, 350 (2nd Cir. 1993).

Because the failure to read agreements that a party has signed or offering materials is irrelevant, the SEC should be precluded from adducing evidence or referring to the contention that the School Districts failed to read either the acknowledgement letters or the offering materials here. Further, evidence about the Districts' supposed failure to read these materials is likely to confuse the jury. As a result, this evidence and argument should be excluded pursuant to Fed. R. Evid. 401 and 403.

Dated this 1st day of August, 2016

          By: /s/ Richard H. Kuhlman
             Jeffrey J. Kalinowski
             Richard H. Kuhlman
             Hal A. Goldsmith
             John J. Schoemehl
             BRYAN CAVE LLP
             One Metropolitan Square
             211 North Broadway, Suite 3600
             St. Louis, MO 63102-2750
             (314) 259-2000 – Phone
             (314) 259-2020 – Fax
             jeff.kalinowski@bryancave.com
             rick.kuhlman@bryancave.com
             hal.goldsmith@bryancave.com
             john.schoemehl@bryancave.com

             Brian G. Cahill
             David J. Turek
             GASS WEBER MULLINS LLC
             309 N. Water Street, Suite 700
             Milwaukee, Wisconsin 53202
             (414) 223-3300 - Phone
             (414) 224-6116 - Fax
             cahill@gasswebermullins.com
             turek@gasswebermullins.com

             *Counsel for Defendant*
             *Stifel Nicolaus & Company, Incorporated*

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing was filed using the Court's CM/ECF Filing System on all counsel of record.

             /s/ Richard H. Kuhlman
             Richard H. Kuhlman