# EXHIBIT 19

This questionnaire is required to save time during jury selection. **It must be completed accurately and honestly.** I hereby swear and affirm, **under penalty of perjury**, that the answers I am about to give on this questionnaire are true and correct to the best of my knowledge and belief.

_____    _____
Signature                                                Date

1) **Name**: _____
   **Age**: \_\_\_\_    **Gender** ☐ Male   ☐ Female

2) Please list all of your educational degrees and majors [Check and list **ALL** that apply]:
☐ High School Diploma/GED
☐ Some College (Major: _____)
☐ Tech/Trade School (Major: _____)
☐ Bachelor Degree (Major: _____)
☐ Graduate Degree (Major: _____)

3) What is your total family income per year?
☐ Less than $10,000     ☐ $10,000 - $20,000
☐ $21,000 - $30,000     ☐ $31,000 - $40,000
☐ $41,000 - $55,000     ☐ $56,000 - $75,000
☐ $76,000 - $100,000    ☐ $101,000 - $150,000
☐ More than $150,000

4) Which groups, clubs or organizations do you belong to?
_____
_____

5) What is your current or, if unemployed or retired, what was your prior occupation?
_____

6) Do you live in any of these five School Districts?
☐ Waukesha   ☐ Whitefish Bay   ☐ Kenosha
☐ Kimberly   ☐ West Allis-West Milwaukee

7a) Do you know any of the individuals/entities on Exhibit 1 attached to this Supplemental Juror Questionnaire?    ☐ Yes   ☐ No

7b) **If yes**, how do you know him/her/it?
_____
_____

8) Have you ever worked in the financial industry? **If yes,** please describe.
_____
_____

9a) Do you, or does anyone close to you, have any education, training, or work experience in any of the following areas? [CHECK **ALL** THAT APPLY]
☐ Law, Paralegal, Criminal Justice, Law Enforcement
☐ Finance/Banking
☐ Accounting/Economics
☐ Stockbroker/Financial Analyst/ Financial Advisor
☐ Trading (buying/selling stocks, bonds, etc.)
☐ Teacher/Education
☐ Government
☐ Regulatory Agency
☐ Sales/Marketing
☐ Small Business Owner

9b) **If you have checked any of the above**, please describe:
_____
_____
_____

10a) Have you/has a company you work(ed) for/ has anyone close to you ever been involved in a lawsuit? ☐ Yes  ☐ No

10b) **If yes**, please describe the legal dispute(s):
_____
_____

11) Have you ever had management or supervisory responsibilities?    ☐ Yes   ☐ No
How many people did you supervise? _____

12) What radio/TV news and talk shows do you like?
_____

13) Which newspapers, magazines, websites, blogs & books do you like to read?
_____
_____

14a) How often do you read/watch financial or economic news?   ☐ Daily  ☐ Weekly  ☐ Monthly  ☐ Never

14b) Where do you receive financial or economic news?
_____

15a) How often do you invest in securities (i.e., stocks, bonds, etc.)?
☐ Always   ☐ Frequently   ☐ Occasionally   ☐ Never

15b) If you do invest in securities, please describe:
_____

16) On a scale of 1 to 10 (1 is least, 10 is most), how would you describe your level of experience with financial industry (for example, the securities markets, banking, investments, and Wall Street firms)?
_____

17) Have you ever heard of "Collateralized Debt Obligations" (CDOs)?   ☐ Yes  ☐ No

18a) Have you, or has anyone close to you, ever worked for a public school district or school system?
☐ Yes  ☐ No

18b) If yes, please specify – person, job, and impressions:
_____

19) How ethical/honest do you believe people on Wall Street or in the stockbrokerage/financial industry to be?
☐ Extremely Ethical    ☐ Extremely Unethical
☐ Somewhat Ethical     ☐ Somewhat Unethical
☐ No opinion

20) How accurately do movies like *The Big Short*, *Wall Street*, *The Boiler Room*, and *The Wolf of Wall Street* portray people in the stockbrokerage/financial industry?
☐ Extremely Accurate    ☐ Extremely Inaccurate
☐ Somewhat Accurate     ☐ Somewhat Inaccurate
☐ I have never seen any of these movies